**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JODI LYNN COX,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTION COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. EDCV 16-00211-SVW (DTB)<br><br>**ORDER TO SHOW CAUSE** |

　　In ¶ V of its Order Regarding Further Proceedings, the Court ordered plaintiff to file her motion for summary judgment and points and authorities in support of the relief requested no later than sixty days after the answer and transcript of administrative proceedings were filed. Defendant filed her Answer as well as the Certified Administrative Record on June 9, 2016. Accordingly, plaintiff's motion for summary judgment was due on or before August 8, 2016.

　　As of this date, plaintiff has not filed her motion for summary judgment and the same was due ten days ago.

/ / /

/ / /

Accordingly, on or before September 2, 2016, plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why the Court should not recommend that this case be dismissed for lack of diligent prosecution and/or failure to comply with the Court's prior Order; or (b) file her motion for summary judgment.

DATED: August 18, 2016

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE